IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PUBLICATIONS INTERNATIONAL, LTD., an Illinois Corporation,<br><br>               Plaintiff,<br><br>v.<br><br>LEAPFROG ENTERPRISES, INC., a Delaware Corporation,<br><br>               Defendant. | No.<br>    FILED: MAY 14, 2008<br>    08CV2800   J.N.<br>    JUDGE GUZMAN<br>    MAG. JUDGE COX |

**PUBLICATIONS INTERNATIONAL, LTD.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rules of Civil Procedure 7.1 and Local Rule 3.2, the Plaintiff, Publications International Ltd., by and through its attorneys, Kelley Drye & Warren LLP, makes the following disclosure to the Court:

1. Publications International, Ltd. has no parent or subsidiary corporations.

2. No publicly traded company owns more than 10% of stock in Publications International, Ltd.

Dated: May 14, 2008

                                                      /s/ Caroline C. Plater
                                                    One of the Attorneys for Plaintiff,
                                                    PUBLICATIONS INTERNATIONAL, LTD.

M. David Short (#6230267)
Caroline C. Plater (#6256076)
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Suite 2600
Chicago, IL 60606
(312) 857-7070

*Of Counsel:*
William R. Golden, Jr. (#90785335)
Paul W. Garrity (*pro hac vice* application to be filed)
Michelle M. Graham (*pro hac vice* application to be filed)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY  10178
(212) 808-7800

Dorothy M. Weber, Esq. (*pro hac vice* application to be filed)
SHUKAT ARROW HAFER WEBER & HERBSMAN, L.L.P.
111 West 57th Street, Suite 1120
New York, NY 10019
(212) 245-4580