IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PUBLICATIONS INTERNATIONAL, LTD., an Illinois Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LEAPFROG ENTERPRISES, INC., a Delaware Corporation,<br><br>Defendant. | No.<br><br>FILED: MAY 14, 2008<br>08CV2800   J.N.<br>JUDGE GUZMAN<br>MAG. JUDGE COX |

## NOTICE OF CLAIMS INVOLVING TRADEMARKS

Pursuant to LR3.4, Plaintiff, Publications International, Ltd., ("PIL" or "Plaintiff"), by and through its attorneys, Kelley Drye & Warren LLP, submits the following statement regarding the trademarks involved in this matter:

1.  PIL is the owner of two intent-to-use trademark applications in the United States Patent and Trademark Office ("USPTO") to register the POINGO mark: U.S. Trademark Application Serial No. 77424039 to register the mark for use in connection with "specially printed books, for use alone or with a handheld electronic reader device that enhances viewing of the books through audio means," and U.S. Trademark Application Serial No. 77424045 to register the mark for use in connection with "optical reader technology consisting of a handheld electronic reader device, specially printed books and proprietary software and data."

2.  PIL is an Illinois corporation, with its headquarters and principal place of business at 7373 North Cicero, Lincolnwood, Illinois.

3. Upon information and belief, LeapFrog has not filed applications to register the trademark POINGO in the USPTO or anywhere in the world, and has never claimed any trademark rights in the word POINGO in the USPTO.

4. LeapFrog is a Delaware corporation, with its headquarters and principal place of business at 6401 Hollis Street, Emeryville, California.

Dated: May 14, 2008

/s/ Caroline C. Plater
One of the Attorneys for Plaintiff,
PUBLICATIONS INTERNATIONAL, LTD.

M. David Short (#6230267)
Caroline C. Plater (#6256076)
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Suite 2600
Chicago, IL  60606
(312) 857-7070

*Of Counsel:*
William R. Golden, Jr. (#90785335)
Paul W. Garrity (*pro hac vice* application to be filed)
Michelle M. Graham (*pro hac vice* application to be filed)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY  10178
(212) 808-7800

Dorothy M. Weber, Esq. (*pro hac vice* application to be filed)
SHUKAT ARROW HAFER WEBER & HERBSMAN, L.L.P.
111 West 57th Street, Suite 1120
New York, NY 10019
(212) 245-4580