## AFFIDAVIT OF SPECIAL PROCESS SERVER

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

Case No: 08CV 2800

Case Name: PUBLICATIONS INTERNATIONAL, LTD. vs. LEAPFROG ENTERPRISES, INC.

Daniel Newcomb, being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons in a Civil Case and Complaint** to **Leapfrog Enterprises Inc. c/o Registered Agent** at **Corporation Service Company, 2711 Centerville Road, Ste. 400, Wilmington, DE 19808** resulting in:

__X__ Corporate service to an officer or an authorized individual of the company executed on the 16th day of May, 2008 at 2:53 P.M.

Name: Mary Drummond     Title: Managing Agent duly authroized to accept

_____ Non-Service for the following reasons with the DATE and TIME of each attempt listed:

A description of the person with whom the documents were left is as follows:

Sex: Female                Hair Color/Style: Black
Race: Black                Height (approx.): 5'6''
Age (approx.) 45           Weight (approx.): 135
Notable Features/Notes: _____

Signed and Sworn to before me
This 22 day of May, 2008.

Notary Public
William O. Colt
Notary Public Delaware
My Commission Expires 3/31/2012

Served By:

Daniel Newcomb
Process Server
Title

Service was completed by an independent contractor retained by It's Your Serve, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PUBLICATIONS INTERNATIONAL, LTD., an Illinois Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>LEAPFROG ENTERPRISES, INC., a Delaware Corporation,<br><br>        Defendant. | No. 08-cv-2800<br><br>Honorable Ronald A. Guzman |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on the 22nd day of May, 2008, we caused to be filed with the United States District Court for the Northern District of Illinois Eastern Division, Affidavit of Special Process Server, attesting to service of the Complaint upon Defendant LeapFrog Enterprises, Inc., a copy of which is submitted herewith.

Dated:  May 22, 2008

                                                      /s/ Caroline C. Plater
                                                      One of the Attorneys for Plaintiff,
                                                      PUBLICATIONS INTERNATIONAL, LTD.

M. David Short (#6230267)
Caroline C. Plater (#6256076)
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Suite 2600
Chicago, IL  60606
(312) 857-7070

*Of Counsel:*
William R. Golden, Jr. (#90785335)
Paul W. Garrity (*pro hac vice* application to be filed)
Michelle M. Graham (*pro hac vice* application to be filed)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
(212) 808-7800

Dorothy M. Weber, Esq. (*pro hac vice* application to be filed)
SHUKAT ARROW HAFER WEBER & HERBSMAN, L.L.P.
111 West 57th Street, Suite 1120
New York, NY 10019
(212) 245-4580