# AFFIDAVIT OF SPECIAL PROCESS SERVER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

Case No: __08 CV 2800__

Case Name: __PUBLICATIONS INTERNATIONAL, LTD. Vs LEAPFROG ENTERPRISES, INC.__

_Greg Willing_, being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: __Summons in a Civil Case and Complaint__ to __Leapfrog Enterprises, Inc. c/o Registered Agent, Illinois Corporation Service__ at __801 Adlai Stevenson Dr., Springfield, IL 62703__ resulting in:

__X__ Corporate service to an officer or an authorized individual of the company executed on the __22__ day of __May__, 2008 at __3:10 pm__ .M.
Name: __Holly Blankenship__  Title: __Operator__

____ Non-Service for the following reasons with the DATE and TIME of each attempt listed:

A description of the person with whom the documents were left is as follows:

Sex: __Female__          Hair Color/Style: __Brown__
Race: __White__          Height (approx.): __5'5"__
Age (approx.) __27__     Weight (approx.): __150-160__
Notable Features/Notes: ____

Signed and Sworn to before me
This __27__ day of __May__, 2008.

_L. Anne Fricke_
Notary Public

Served By:

_[signature]_
__Process Server__
Title

"OFFICIAL SEAL"
LEANNE FRICKE
NOTARY PUBLIC STATE OF ILLINOIS
COMMISSION EXPIRES 04/05/10

Service was completed by an independent contractor retained by It's Your Serve, Inc.

72817

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PUBLICATIONS INTERNATIONAL, LTD., an Illinois Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>LEAPFROG ENTERPRISES, INC., a Delaware Corporation,<br><br>        Defendant. | No. 08-cv-2800<br><br>Honorable Ronald A. Guzman |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on the 29th day of May, 2008, we caused to be filed with the United States District Court for the Northern District of Illinois Eastern Division, Affidavit of Special Process Server, attesting to service of the Complaint upon Defendant LeapFrog Enterprises, Inc., a copy of which is submitted herewith.

Dated: May 29, 2008

                                              /s/ Caroline C. Plater
                                              One of the Attorneys for Plaintiff,
                                              PUBLICATIONS INTERNATIONAL, LTD.

M. David Short (#6230267)
Caroline C. Plater (#6256076)
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Suite 2600
Chicago, IL 60606
(312) 857-7070

CH01/PLATC/231077.1

*Of Counsel:*
William R. Golden, Jr. (#90785335)
Paul W. Garrity (*pro hac vice* application to be filed)
Michelle M. Graham (*pro hac vice* application to be filed)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY  10178
(212) 808-7800

Dorothy M. Weber, Esq. (*pro hac vice* application to be filed)
SHUKAT ARROW HAFER WEBER & HERBSMAN, L.L.P.
111 West 57th Street, Suite 1120
New York, NY 10019
(212) 245-4580