IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PUBLICATIONS INTERNATIONAL, LTD., an Illinois Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LEAPFROG ENTERPRISES, INC., a Delaware Corporation,<br><br>Defendant. | No. 08-cv-2800<br><br>Honorable Ronald A. Guzman |

## MOTION OF PUBLICATIONS INTERNATIONAL, LTD. TO EXTEND TIME FOR DEFENDANT LEAPFROG ENTERPRISES, INC. TO ANSWER OR OTHERWISE PLEAD

Plaintiff, Publications International, Ltd. ("PIL"), by and through its attorneys, Kelley Drye & Warren LLP, respectfully moves this Court to grant Defendant LeapFrog Enterprises, Inc. ("LeapFrog"), an extension of time to file its answer or otherwise respond to the Complaint for Declaratory Judgment in the above-captioned proceeding. In support of this Motion, PIL states as follows:

1. PIL filed the above-captioned action against LeapFrog on May 14, 2008.

2. LeapFrog was served on May 16, 2008, and its response to the Complaint for Declaratory Judgment is due on or before June 5, 2008.

3. The Court has scheduled an initial status hearing to be held on July 14, 2008, at 9:30 a.m.

4. Counsel for PIL and counsel for LeapFrog have agreed to an extension of fourteen (14) days, up to and including June 19, 2008, for LeapFrog to answer or otherwise respond to the Complaint for Declaratory Judgment.

CH01/PLATC/231275.1

5.	This is the first request for an extension of time, and no party will be prejudiced by the granting of this motion.

WHEREFORE, PIL respectfully requests that the Court enter an order granting LeapFrog an extension of fourteen (14) days, up to and including June 19, 2008, to answer or otherwise respond to PIL's Complaint for Declaratory Judgment.

Dated: June 5, 2008

/s/ Caroline C. Plater
One of the Attorneys for Plaintiff,
PUBLICATIONS INTERNATIONAL, LTD.

M. David Short (#6230267)
Caroline C. Plater (#6256076)
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Suite 2600
Chicago, IL  60606
(312) 857-7070

*Of Counsel:*
William R. Golden, Jr. (#90785335)
Paul W. Garrity (*pro hac vice* application to be filed)
Michelle M. Graham (*pro hac vice* application to be filed)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY  10178
(212) 808-7800

Dorothy M. Weber, Esq. (*pro hac vice* application to be filed)
SHUKAT ARROW HAFER WEBER & HERBSMAN, L.L.P.
111 West 57th Street, Suite 1120
New York, NY 10019
(212) 245-4580