IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PUBLICATIONS INTERNATIONAL, LTD., an Illinois Corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>LEAPFROG ENTERPRISES, INC., a Delaware Corporation,<br><br>        Defendant. | No. 08-cv-2800<br><br>Honorable Ronald A. Guzman |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on June 10, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before Judge Ronald A. Guzman or any sitting judge in his stead in the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 1219 at the Everett McKinley Dirksen Courthouse, 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present the **MOTION OF PUBLICATIONS INTERNATIONAL, LTD. TO EXTEND TIME FOR DEFENDANT LEAPFROG ENTERPRISES, INC. TO ANSWER OR OTHERWISE PLEAD**, a copy of which is herewith served upon you.

Dated:  June 5, 2008

/s/ Caroline C. Plater
One of the Attorneys for Plaintiff,
PUBLICATIONS INTERNATIONAL, LTD.

M. David Short (#6230267)
Caroline C. Plater (#6256076)
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Suite 2600
Chicago, IL  60606
(312) 857-7070

*Of Counsel:*
William R. Golden, Jr. (#90785335)
Paul W. Garrity (*pro hac vice* application to be filed)
Michelle M. Graham (*pro hac vice* application to be filed)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY  10178
(212) 808-7800

Dorothy M. Weber, Esq. (*pro hac vice* application to be filed)
SHUKAT ARROW HAFER WEBER & HERBSMAN, L.L.P.
111 West 57th Street, Suite 1120
New York, NY 10019
(212) 245-4580

## CERTIFICATE OF SERVICE

      Caroline C. Plater, an attorney, certifies that on the 5th day of June, 2008, she caused a copy of **NOTICE OF FILING; MOTION OF PUBLICATIONS INTERNATIONAL, LTD. TO EXTEND TIME FOR DEFENDANT LEAPFROG ENTERPRISES, INC. TO ANSWER OR OTHERWISE PLEAD** to be sent via e-mail, to all counsel for Defendant listed below, before the hour of 5:00 p.m.

Timothy R. Cahn
Townsend and Townsend and Crew LLP
Two Embarcadero Center, 8th Floor
San Francisco, California 94111-3834
*Counsel for Defendant, Leapfrog Enterprises, Inc.*

                                                    /s/ Caroline C. Plater
                                                     Caroline C. Plater