IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PUBLICATIONS INTERNATIONAL, LTD., an Illinois Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>LEAPFROG ENTERPRISES, INC., a Delaware Corporation,<br><br>    Defendant. | No. 08-cv-2800<br><br>Honorable Ronald A. Guzman |

## CERTIFICATE OF SERVICE

    Caroline C. Plater, an attorney for Plaintiff, certifies that on the 30th day of May, 2008, she caused copies of the notice and all other information forwarded by the Court concerning the Court's Lanham Act Mediation Program to be sent via email to counsel for Defendant, Leapfrog Enterprises, Inc., Timothy R. Cahn, Townsend, Townsend & Crew, 2 Embarcadero Center, 8th Floor, San Francisco, CA 94111.  Counsel further certifies that the afore-mentioned materials also have been provided to the appropriate representatives of Plaintiff.

                                        /s/ Caroline C. Plater
                                        Caroline C. Plater