## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Publications International, Ltd.
                          Plaintiff,

v.                                                   Case No.: 1:08–cv–02800
                                                     Honorable Ronald A. Guzman

Leapfrog Enterprises, Inc.
                          Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 9, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman:Agreed motion by Plaintiff Publications International, Ltd. for extension of time to file answer or Otherwise Plead for Defendant Leapfrog Enterprises, Inc. [14] is granted to and including 6/19/08. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.