UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Publications International, Ltd.
                              Plaintiff,

v.                                                  Case No.: 1:08−cv−02800
                                                    Honorable Ronald A. Guzman

Leapfrog Enterprises, Inc.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 30, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman: Minute entry dated 6/30/08 [doc. no. 29] is corrected as follows: Set deadlines as to motion by Defendant Leapfrog Enterprises, Inc. to dismiss [27] : Response due by 7/21/2008. Reply due by 8/4/2008. Ruling to be by mail. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.