IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PUBLICATIONS INTERNATIONAL, LTD., an Illinois Corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>LEAPFROG ENTERPRISES, INC., a Delaware Corporation,<br><br>                    Defendant. | 08-cv-2800<br><br>JUDGE GUZMAN<br><br>MAGISTRATE JUDGE COX |

**AGREED MOTION TO SEAL CONFIDENTIAL INFORMATION**

Plaintiff Publications International, Ltd. ("PIL") and Defendant Leapfrog Enterprises, Inc. ("Leapfrog" and collectively, "the Parties") respectfully move this Court to enter the attached Order allowing the Parties to seal confidential information. In support of its Motion, the Parties state as follows:

1.       On May 14, 2008, PIL filed a complaint seeking declaratory judgment against Leapfrog. On June 12, 2008, PIL filed an amended complaint, also seeking declaratory relief.

2.       On June 27, Leapfrog filed a Motion to Dismiss PIL's complaint.

3.       The Court subsequently set response deadlines, giving PIL until July 21, 2008, to respond to Leapfrog's Motion and giving Leapfrog until August 4, 2008, to reply to PIL's response.

1

4. The Parties are currently working on coming to agreement on the terms of a proposed Protective Order to protect each party's own information. This information includes, among other highly sensitive information, trade secrets consisting of internal business plans, and confidential competitive business information such as marketing strategies (collectively, the "Confidential Information").

5. In preparing its response to the pending motion to dismiss, PIL has incorporated Confidential Information in its pleadings, in particular, it plans to attach supporting exhibits to its pleadings that contain Confidential Information.

6. The Parties have not disclosed publicly, and consider to be confidential, each party's respective Confidential Information.

7. The Parties will keep the Confidential Information included in PIL's response, and Leapfrog's reply, confidential and disclose such information only on a limited basis. Each of the Parties has instituted internal procedures and has otherwise taken a variety of measures to keep such information confidential.

8. The Parties have consulted with each other regarding the need for this motion, and each agree that the relief requested in this motion is necessary and appropriate.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that their Agreed Motion be granted, and that PIL and Leapfrog be permitted to file their response pleadings, including some supporting documents, under seal.

| | |
|---|---|
| Respectfully Submitted, | |
| LOEB & LOEB LLP | WELSH & KATZ, LTD. |
| Dated:  July 15, 2008 | Dated:   July 15, 2008 |
| ____/Julie P. Samuels_____ | ____/Michele Katz_____ |
| Jordan A. Sigal | Michele Katz |
| Julie P. Samuels | Julie Katz |
| 321 North Clark St. | 120 South Riverside Plaza |
| Suite 2300 | 22nd Floor |
| Chicago, IL  60654 | Chicago, IL  60606 |
| (312) 464-3100 | (312) 655-1500 |
| Attorneys for Publications International, Ltd. | TOWNSEND AND TOWNSEND AND CREW LLP |
| | Timothy Cahn |
| | Two Embarcadero Center |
| | 8th Floor |
| | San Francisco, CA  94111 |
| | (415) 273-7533 |
| | Attorneys Leapfrog Enterprises, Inc. |

# **EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PUBLICATIONS INTERNATIONAL, LTD., an Illinois Corporation,<br><br>       Plaintiff,<br><br>v.<br><br>LEAPFROG ENTERPRISES, INC., a Delaware Corporation,<br><br>       Defendant. | 08-cv-2800<br><br>JUDGE GUZMAN<br><br>MAGISTRATE JUDGE COX |

### [PROPOSED] ORDER

  This matter, coming before the Court upon the parties' AGREED MOTION TO SEAL CONFIDENTIAL INFORMATION, all parties given due notice and the Court being fully advised on the premises;

  **IT IS ORDERED**:

  That the parties be granted leave to file their pleading in response to Leapfrog Enterprises, Inc.'s Motion to Dismiss under seal when those pleadings include confidential information.


ENTERED: _____, 2008

               _____
               RONALD A. GUZMAN

               UNITED STATES DISTRICT JUDGE