IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PUBLICATIONS INTERNATIONAL, LTD., an Illinois Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>LEAPFROG ENTERPRISES, INC., a Delaware Corporation,<br><br>    Defendant. | 08-cv-2800<br><br>JUDGE GUZMAN<br><br>MAGISTRATE JUDGE COX |

TO: **TIMOTHY R. CAHN**        **JULIE A. KATZ**
   **TOWNSEND AND TOWNSEND AND CREW** **MICHELE S. KATZ**
   **2 EMBARCADERO CENTER, 8TH FLOOR**  **WELSH & KATZ, LTD**
   **SAN FRANCISCO, CA  94111**     **120 S. RIVERSIDE PLAZA,**
   **(415) 273-7533**         **22ND FLOOR**
                 **CHICAGO, IL  60606**
                 **(312) 655-1500**

## NOTICE OF UNCONTESTED MOTION

  **PLEASE TAKE NOTICE** that on Tuesday , July 22, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Ronald A. Guzman, in the courtroom usually occupied by him, Room 1219, at 219 South Dearborn Street, Chicago, Illinois, and present the attached **AGREED MOTION TO SEAL CONFIDENTIAL INFORMATION**, a copy of which was served upon you on July 16, 2008.