IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PUBLICATIONS INTERNATIONAL, LTD., an Illinois Corporation,<br><br>      Plaintiff,<br><br>v.<br><br>LEAPFROG ENTERPRISES, INC., a Delaware Corporation,<br><br>      Defendant. | 08-cv-2800<br>JUDGE GUZMAN<br>MAGISTRATE JUDGE COX |

**JOINT REPORT OF CONFERENCE PURSUANT TO
RULE 26(f) OF FEDERAL RULES OF CIVIL PROCEDURE**

  The undersigned parties have conferred pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and respectfully submit this joint report outlining their proposed discovery plan and related dates:

**PROPOSED CASE MANAGEMENT**

  1. <u>Meet and Confer</u>.  Pursuant to Rule 26(f), counsel for the parties met telephonically on July 3 and 7, 2008, and discussed those matters set forth in Rule 26.

  2. <u>Related Cases</u>.  There are no pending cases related to the instant matter.

  3. <u>Simplification of Issues</u>.  The parties will work cooperatively to simplify the issues to be resolved at trial, where appropriate.

1

4. <u>Admission and/or Stipulations</u>.  The parties will work cooperatively to make the appropriate stipulations regarding authenticity of documents and undisputed facts in order to avoid unnecessary proof.

5. <u>Exceptions to Limitations on Discovery.</u>  The parties do not anticipate any departures from the Federal Rules of Civil Procedure or from the local rules governing limitations on the discovery process.

6. <u>Protective Order.</u>  The parties anticipate submitting an agreed-upon protective order, which will include provisions addressing the post-production assertion of privilege and protection claims.

7. <u>Settlement</u>.  The parties have discussed settlement and are unable to reach any agreement at this time.

## PROPOSED DISCOVERY PLAN

8. <u>Initial Disclosures</u>.  Pursuant to FED. R. CIV. P. 26(a)(1) all initial disclosures are to be made **within seven (7) business days of entry of the Court's disposition of Leapfrog Enterprises Inc.'s Motion to Dismiss**.

9. <u>Fact Discovery</u>.  All fact discovery, including written discovery and depositions of party and non-party fact witnesses, are to be completed by **March 13, 2009**.  The limits on length and duration of depositions set forth in Rule 30 of the Federal Rules of Civil Procedure shall apply.  The limitation of ten depositions per side (i.e. ten total for Plaintiffs and ten total for Defendants) set forth in Rule 30(a)(2)(A)(i) shall apply.

10. <u>Expert Witnesses</u>.  All burden expert witnesses shall be disclosed pursuant to Rule 26(a)(2) by **March 13, 2009**.

11. <u>Expert Witness Reports</u>.

(a) Reports from burden expert witnesses under Rule 26(a)(2) will be due from Plaintiffs and Defendants by **April 13, 2009**.

(b) Reports from responsive expert witnesses under Rule 26(a)(2) will be due from Plaintiffs and Defendants by **May 15, 2009**.

12. <u>Deposition of Expert Witnesses</u>.  All depositions of expert witnesses shall be completed by **June 12, 2009**.

13. <u>Requests to Admit.</u>  Any requests to admit are to be served no later than **May 13, 2009**.  Twenty-five (25) additional Requests to Admit limited to issues raised by experts may be served no later than June 19, 2009, with response due fourteen (14) days thereafter.

14. <u>Final Pretrial Order</u>.  Parties will file joint final pretrial order by **September 14, 2009.**

15. <u>Final Pretrial Conference</u>.  The final pretrial conference will be held on _____.

## DISPOSITIVE MOTIONS

16. <u>Dispositive Motions</u>.  All dispositive motions shall be filed by **July13, 2009**.  Any opposition papers (including supporting documents) shall be filed three weeks after any dispositive motion is served.  Reply papers are due two weeks after any opposition is filed.

## **TRIAL**

17. <u>Trial</u>.  A jury demand has been made in this action.  The parties propose that the trial in this matter occur in **November, 2009**.

18. <u>Length of Trial</u>.  The instant matter may be tried in five to seven days, with trial time divided evenly between Plaintiff and Defendants.

Dated this  9th day of July, 2008.


___/s Jordan A. Sigale_____
Jordan A. Sigale
Julie P. Samuels
Julie L. Langdon
LOEB & LOEB L.L.P.
321 North Clark Street, Suite 2300
Chicago, Illinois  60654
Tel:  (312) 464-3100
Fax:  (312) 464-3111
Email:  jsigale@loeb.com

Attorneys for
Publications International, Ltd.

___/s Julie A. Katz_____
Julie A. Katz
Michele S. Katz
WELSH & KATZ, LTD.
120 South Riverside Plaza, 22nd Floor
Chicago, Illinois  60606
Tel:  (312) 655-1500
Fax:  (312) 655-1501
Email:  jakatz@welshkatz.com


____/s Timothy R. Cahn_____
Timothy R. Cahn (*appearing pro hac vice*)
TOWNSEND AND TOWNSEND
    AND CREW LLP
Two Embarcadero Center, Eighth Floor
San Francisco, California  94111-3834
Tel: (415) 576-0200
Fax: (415) 576-0300
Email:  trcahn@townsend.com

Attorneys for Leapfrog Enterprises, Inc.

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing JOINT REPORT OF CONFERENCE PURSUANT TO RULE 26(f) OF FEDERAL RULES OF CIVIL PROCEDURE was delivered to the Courtroom Deputy in Room 1218 on July 21, 2008, pursuant to the Case Management Procedures of Judge Guzman.

        /s Julie P. Samuels  
      One of the Attorneys for Publications International, Ltd.