UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Publications International, Ltd.
                        Plaintiff,

v.                                              Case No.: 1:08−cv−02800
                                                Honorable Ronald A. Guzman

Leapfrog Enterprises, Inc.
                        Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

MINUTE entry before the Honorable Ronald A. Guzman:Status hearing held on 7/23/2008. Fact discovery ordered closed by 3/13/2009. Expert reports due 4/3/09. Rebuttal reports due 4/24/09. Expert discovery closes 5/15/09. Status hearing set for 3/16/2009 at 09:30 AM.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.